Commonwealth *v.* March et al., Appellants.

Argued June 12, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Robert E. Levy,* for appellants.

*Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, submitted a brief for Commonwealth, appellee.

OPINION BY HOFFMAN, J., December 22, 1975:

Appellants challenge their convictions under §4524 of the Penal Code[1] because §4524 does not specifically define "obscenity" as mandated by *Miller v. California,*

---

1. 1939, June 24, P.L. 872, §524; 1957, July 17, P.L. 972, §1; 1959, Oct. 20, P.L. 1329, §1; 1968, July 31, P.L. 892, No. 269, §1; 18 P.S. §4524; superseded by Act of December 6, 1972, P.L. 1482, §1; 18 Pa.C.S. §5903.

413 U.S. 15 (1973). In a companion case decided today, *Commonwealth v. Krasner*, 238 Pa. Superior Ct. 1, 352 A.2d 479 (1975), we reversed Krasner's conviction on the grounds alleged as error by appellants herein.

Accordingly, the judgment of sentence is reversed and appellants are discharged.